CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200,
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
Attorneys for Plaintiff

JAMES S. LINK  (SBN: 112759)
james.s.link@att.net
COUNSELOR & ADVOC AT LAW
215 North Marengo Ave., 3rd Floor
Pasadena, CA 91101-1569
Telephone: (626) 793-9570
Facsimile: (626) 379-5270
Attorneys for Defendants
12265 Studio City, LLC

E-FILED 2/13/20

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BRIAN WHITAKER.

   Plaintiff,

   v.

12265 STUDIO CITY, LLC, a California Limited Liability Company; and Does 1-10,

   Defendants.

Case: 2:19-CV-05874-PSG-MAA

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** ; ORDER

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | | |
|---|---|---|
| 1 | Dated: January 24, 2020 | CENTER FOR DISABILITY ACCESS |
| 2 | | |
| 3 | | By: /s/Amanda Lockhart Seabock |
| | | Amanda Lockhart Seabock |
| 4 | | Attorney for Plaintiff |
| 5 | | |
| 6 | Dated: January 24, 2020 | COUNSELOR & ADVOC AT LAW |
| 7 | | |
| 8 | | By: /s/James S. Link |
| | | James S. Link |
| 9 | | Attorney for Defendants |
| 10 | | 12265 Studio City, LLC |

**IT IS SO ORDERED.**

DATED: 2/13/20

_____
**U.S. DISTRICT JUDGE**

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to James S. Link, counsel for 12265 Studio City, LLC, and that I have obtained authorization to affix his electronic signatures to this document.

Dated: January 24, 2020        CENTER FOR DISABILITY ACCESS

                                        /s/Amanda Lockhart Seabock
                                       Amanda Lockhart Seabock
                                       Attorney for Plaintiff